IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2025 FEB 20 P 1:29

_Arafat ABDI Omar_

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

_State of maine DHHS o/b/o Amal A Alale_
_Bureau of motor Vehicle maine, Sara Churchill Judge_
_Jessica Burdin, Danielle Wadeau, Holly Fortin DHHS_

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Civil No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
*(check one)*

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Arafat Omar
   Street Address: 2 Great Falls plaza #772
   City and County: Auburn ME 04210
   State and Zip Code: Maine, 04210
   Telephone Number: 207-754-3391
   E-mail Address: airphat.arista@gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1
   Name: State of Maine DHHS
   Job or Title (if known):
   Street Address: 200 Maine St
   City and County: Lewiston, Androscoggin
   State and Zip Code: Maine 04240
   Telephone Number: 800-482-7517
   E-mail Address (if known):

   Defendant No. 2
   Name: State of Maine BMV - refused service
   Job or Title (if known):
   Street Address: 36 Mollison Way
   City and County: Lewiston, Androscoggin

State and Zip Code: Maine, 04240
Telephone Number: 207 753 7750
E-mail Address (if known):

Defendant No. 3

Name: Sarah Churchill Judge Maine District
Job or Title (if known): Judge Maine District
Street Address: 2 Turner St
City and County: Auburn, Androscoggin
State and Zip Code: Maine 04210
Telephone Number:
E-mail Address (if known):

Defendant No. 4

Name: Jessica Burdin, Danielle Wadeau, Holly Fortin
Job or Title (if known): DHHS Enforcement Agents
Street Address: 200 Main St
City and County: Lewiston, Androscoggin
State and Zip Code: Maine 04240
Telephone Number: 800-482-7517
E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question   ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 U.S code 242 - Deprivation of rights. 15 US code 1692e False or misleading Representation. 18 U.S code 1341 mail fraud. 28 U.S code 455 Disqualification of Justice. 18 US code 1001 - conveyance of fictious language

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Arafat Omar, is a citizen of the State of *(name)* America.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

b.   If the defendant is a corporation

The defendant, *(name)* __Department of human services__, is incorporated under the laws of the State of *(name)* __Maine__, and has its principal place of business in the State of *(name)* __Maine__. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

__26,070,000 for violations of fedral law and Perjury and deprivation of rights. Involuntary servitude__

III.   **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. __I'm Entitled to 25,000,000 under 15 USC 78FF. 1,000,000 from DMV for violating constitutional protected right. and perjury for employee's of Maine filing paper work in bad faith__

....

IV.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. I ask the court for temporary restraining order against the State of Maine and its employees DMV/OHHS Police Department

V.    **Closing**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2/20, 2025.

Signature of Plaintiff    _____

Printed Name of Plaintiff    Arafat Omar